EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex parte: | |
|---|---|
| | 2025 TSPR 109 |
| Ivonne Hernández Rivero | 216 DPR ___ |

Número del Caso:  TS-12,021


Fecha:  29 de octubre de 2025


Representante legal de la peticionaria:

    Por derecho propio


Materia:  Readmisión al ejercicio de la abogacía.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  Ivonne Hernández Rivero       TS-12,021

RESOLUCIÓN

En San Juan, Puerto Rico, a 29 de octubre de 2025.

Atendida la *Solicitud urgente para la readmisión al ejercicio de la abogacía* presentada el 21 de octubre de 2025, así como la Certificación del Programa de Educación Jurídica Continua, se ordena la readmisión de la Sra. Ivonne Hernández Rivero al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina.

Bettina Zeno González
Secretaria del Tribunal Supremo Interina